**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Toribio Sombra-Orduno,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>United States of America,<br><br>　　　　　Respondent. | CASE NO.  05-CV-0602-TUC-FRZ<br>　　　　　　04-CR-1837-TUC-FRZ<br><br>**ORDER** |

Petitioner has filed a "Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (28 U.S.C. § 2255)."

Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts provides, in relevant part, that

> [i]f it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief, the judge must dismiss the motion and direct the clerk to notify the moving party.

28 U.S.C. foll. § 2255.

**Background**

Pursuant to a plea agreement, Petitioner entered a plea of guilty to Count One of the Indictment, which charged him conspiracy to possess with the intent to distribute approximately 279.5 kilograms of marijuana. Count Two of the Indictment, which charged him with possession with the intent to distribute marijuana, was dismissed at sentencing.

1   Pursuant to the plea agreement, Petitioner waived "any right to collaterally attack [his]
2   conviction and sentence under Title 28, United States Code, Section 2255." In the plea
3   agreement, the parties stipulated to a thirty-six month sentence. The Court imposed a thirty-
4   six month sentence.

## Discussion

6   In his motion, Petitioner requests that the Court "look over on [sic] my case to see if
7   [I] am available for a little less time." In addition to the fact that Petitioner waived "any right
8   to collaterally attack [his] conviction and sentence under Title 28, United States Code,
9   Section 2255," Petitioner has provided no grounds for a reduction of his sentence. Nor is one
10   apparent to the Court.

## Conclusion

12   Accordingly,

13   **IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #52 in
14   CR-04-1837-TUC-FRZ) is **DENIED** and this case (CV-05-602-TUC-FRZ) is **DISMISSED**.
15   **IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SERVE** a copy
16   of the Motion and this Order on Respondent and **SHALL SERVE** a copy of this Order on
17   Petitioner.

18   DATED this 14th day of October, 2005.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge