WO

## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Toribio Sombra-Orduno, )<br>)<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>United States of America, )<br>)<br>Respondent. )<br>_____) | <br><br><br><br><br><br>JUDGMENT IN A CIVIL CASE<br><br>Case No. CV-05-00602-TUC-FRZ<br>          CR-04-01837-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #52 in CR-04-01837-TUC-FRZ) is **DENIED** and this case (CV-05-00602-TUC-FRZ) is **DISMISSED**.

October 14, 2005            RICHARD H. WEARE
Date                        CLERK


                            *S/ M.  Michelle Mejia*
                             M.  Michelle Mejia
                                Deputy Clerk


Copies to:
J/B, FRZ, Sombra-Orduno,